**Order filed April 28, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00242-CV
_____

### R. WAYNE JOHNSON, Appellant

### V.

### TEXAS BOARD OF CRIMINAL JUSTICE, Appellee

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 115477-I**

## O R D E R

This is an attempted appeal from a judgment signed February 28, 2022 dismissing claims raised by appellant R. Wayne Johnson. Pursuant to chapter 11 of the Texas Civil Practice and Remedies Code, appellant R. Wayne Johnson was declared a vexatious litigant on June 14, 2001 and is therefore subject to a pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code Ann. §§ 11.101, 11.103.

Under section 11.103(a), the clerk of this court may not file an appeal presented by a vexatious litigant subject to a pre-filing order under section 11.101

unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101 designating a person a vexatious litigant. *Id.* § 11.103(a), (d). This is not an appeal from a pre-filing order entered under section 11.101, and appellant did not present to the trial court or to this court any order from the local administrative judge.

Accordingly, this court will consider dismissal of this appeal unless appellant files, by **May 19, 2022**, a copy of the order from the local administrative judge permitting the filing of this appeal. *See id.* § 11.103(a).


PER CURIAM


Panel Consists of Justices Jewell, Zimmerer, and Hassan.